# APPENDIX.

THE STATE v. BENNETT.

**Appeal**: CRIMINAL CASE : RECORD EXAMINED.

*Appeal from Black Hawk District Court.*

FILED, MARCH 12, 1888.

No appearance for either party.

BECK, J.—The defendant was convicted upon an indictment for larceny, and appeals to this court. There is no assignment of errors, nor brief or argument in any form, calling our attention to any objections to the proceedings. Upon an examination of the record we have failed to find any error therein. The judgment of the district court is, therefore,

AFFIRMED.